# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-01235-CMA-STV

ALISON C. HALLAND,

    Plaintiff,

v.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD, a Colorado corporation,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Alison C. Halland ("Halland"), by and through her counsel of record, Hailey | Hart PLLC, respectfully submits the following Notice of Settlement:

1. The parties have reached a settlement of all claims in the above-captioned case.

2. The parties request that all hearings and deadlines be vacated.

3. The parties anticipate that the settlement documents will be finalized, and appropriate dismissal papers filed with the Court, within thirty (30) days.

Respectfully submitted this 13th day of September, 2022.

                                      HAILEY | HART PLLC

By:   *s/ Melissa A. Hailey*
        Melissa A. Hailey, #42836
        Elizabeth A. Hart, #46041
        Hailey | Hart PLLC
        383 Corona Street, Suite 319

Denver, CO 80218  
720-400-7970  
melissa@haileyhartlaw.com  
liz@haileyhartlaw.com  

*Attorneys for Plaintiff Alison Halland*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2022, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed via the CM/ECF system and was served upon the following:

Dan J. Hofmeister, Jr.
Thomas C. Hardy
Reed Smith, LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
dhofmeister@reedsmith.com
thardy@reedsmith.com

Lawrence S. Sher, Esq.
Reed Smith, LLP
1301 K. Street, N.W.
Suite 1000, East Tower
Washington D.C. 20005-3317
lsher@reedsmith.com

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross Blue Shield*

*s/ Melissa Valle*
Melissa Valle, Paralegal
valle@haileyhartlaw.com